No. — — ——.  DOE v. UNITED STATES.  Motion of petitioner for leave to file a redacted petition for writ of certiorari denied.

No. D–926.  IN RE DISBARMENT OF MCBRIDE.  Disbarment entered.  [For earlier order herein, see 497 U. S. 1055.]

No. D–1362.  IN RE DISBARMENT OF SNEED.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1105.]

No. D–1391.  IN RE DISBARMENT OF CASTRO.  Further consideration of response to the rule to show cause deferred.  [For earlier order herein, see 511 U. S. 1104.]

No. D–1408.  IN RE DISBARMENT OF LESLIE.  Disbarment entered.  [For earlier order herein, see 512 U. S. 1202.]

No. D–1413.  IN RE DISBARMENT OF KILPATRICK.  Disbarment entered.  [For earlier order herein, see 512 U. S. 1232.]

No. D–1460.  IN RE DISBARMENT OF FRIEDMAN.  It is ordered that Theodore H. Friedman, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 8, Orig.  ARIZONA v. CALIFORNIA ET AL.  Motion of West Bank Homeowners Association for leave to intervene referred to the Special Master.  [For earlier order herein, see, e. g., 510 U. S. 987.]

No. 65, Orig.  TEXAS v. NEW MEXICO.  Motion of the River Master for award of compensation and fees granted, and the River Master is awarded a total of $5,403.75 for the period April 1 through June 30, 1994, to be paid equally by the parties.  [For earlier order herein, see, e. g., 512 U. S. 1202.]

No. 105, Orig.  KANSAS v. COLORADO.  Motion of the Special Master for interim fees and expenses granted, and the Special Master is awarded $92,240.78 to be paid as follows: 40% by Kansas, 40% by Colorado, and 20% by the United States.  Report of the Special Master received and ordered filed.  Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days.  Reply briefs, if any, may be filed by the parties within 30 days.  [For earlier order herein, see, e. g., 510 U. S. 1174.]